## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:23-CV-24669

Plaintiff:
**RUZVELT STEVANOVSKI**

vs.

Defendant:
**NCL( BAHAMAS) LTD; NCL CORPORATION LTD**

For:
MARK KELLEY SCHWARTZ
3331 WEST BIG BEAVER ROAD
STE 101
TROY, MI 48084

Received by Lindsay Legal Services, Inc on the 13th day of December, 2023 at 4:36 pm to be served on **NCL CORPORATION LTD, 7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126**

I, ROBERTO LINDSAY, do hereby affirm that on the **18th day of December, 2023** at **1:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL, LETTER** with the date and hour of service endorsed thereon by me, to: **VICTORIA KOSTYRKA** as **LEGAL DEPARTMENT** for **NCL CORPORATION LTD** at the address of: **7300 CORPORATE CENTER DRIVE, SUITE 100, MIAMI, FL 33126** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 120, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

ROBERTO LINDSAY
C.P.S. 1094

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2023003213

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i